■ EDWARD BRADSHAW, Appellant, v NATIONAL STRUCTURES, INC., Respondent. [672 NYS2d 173] —Order unanimously affirmed without costs. Memorandum: Plaintiff, an employee of a subcontractor hired to install concrete foundations on a project for which defendant was the general contractor, sustained injuries when he either fell or slid into a drainage trench at the worksite while carrying two 12-foot-long footers on his shoulder. Supreme Court properly dismissed the Labor Law § 240 (1) cause of action (*see, Williams v White Haven Mem. Park*, 227 AD2d 923; *Mazzu v Benderson Dev. Co.*, 224 AD2d 1009, 1010-1011; *Panepinto v L.T.V. Steel Co.*, 207 AD2d 1006; *Radka v Miller Brewing*, 182 AD2d 1111, 1111-1112). Contrary to plaintiff's contention, *Covey v Iroquois Gas Transmission Sys.* (89 NY2d 952) does not compel a different result. In that case, plaintiff fell from a backhoe into a trench as a result of an improperly secured handrail on the backhoe. Here, plaintiff's injuries were the result of "the usual and ordinary dangers of a construction site, and not the extraordinary elevation-related risks envisioned by Labor Law § 240 (1)" (*Adamczyk v Hillview Estates Dev. Corp.*, 226 AD2d 1049; *see, Rocovich v Consolidated Edison Co.*, 78 NY2d 509, 514-515). (Appeal from Order of Supreme Court, Jefferson County, Elliott, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Pigott, Jr., Balio and Boehm, JJ.